UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VIDIEK RODRIGUEZ,

Petitioner,

v. Case No.: 2:26-cv-02305-SPC-KRH

I.C.E. *et al.*,

Respondents,
______________________________/

**OPINION AND ORDER**

Before the Court are petitioner Vidiek Rodriguez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Rodriguez is a native of Cuba who was paroled into the United States in 2004 and later became a lawful permanent resident. In 2011, Rodriguez was convicted of grand theft. On December 11, 2013, an immigration judge ordered Rodriguez removed to Cuba. Immigration and Customs Enforcement ("ICE") released him under an order of supervision on December 29, 2015.

Rodriguez violated the order by failing to report to ICE and by racking up additional criminal charges. On December 16, 2025, local police arrested Rodriguez for possession of a controlled substance and attempting to tamper with evidence, and ICE issued an immigration detainer On February 4, 2026, ICE revoked Rodriguez's release due to his violations of the order of supervision. ICE reviewed Rodriguez's custody status and issued a decision on

June 23, 2026. ICE decided to continue Rodriguez's detention because he poses a danger to the community and a significant risk of flight. Rodriguez argues his detention is unlawful because removal is not likely in the reasonably foreseeable future.

Even assuming there is no significant likelihood of removal in the reasonably foreseeable future, Rodriguez's detention is lawful. 8 C.F.R. § 241.4(l) governs revocations of release when a noncitizen with a final removal order violates conditions of release. Rodriguez does not claim—and the evidence before the Court does not suggest—that ICE failed to comply with § 241.4(l). ICE provided Rodriguez written notice of the reasons for revocation and an opportunity to address those reasons in an informal interview. Rodriguez is also entitled to periodic review by the HQPDU director, the first of "which will ordinarily be expected to occur within approximately three months after release is revoked." 8 C.F.R. § 241.4(l)(3). Rodriguez received his first review on June 23, 2026.

It appears ICE has thus far complied with the applicable regulation and afforded Rodriguez the process he is due.

Accordingly, it is hereby

**ORDERED:**

Vidiek Rodriguez Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 20, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record